In the Matter of the Claim of ANNA GENOINO, Respondent, v. DILBERT BROS., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— AULISI, J.

580

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.